UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-cr- |
| | ) | |
| LEELAND EISENBERG | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
[Bank Robbery - 18 U.S.C. § 2113(a)]

On or about August 2, 2016, in the District of New Hampshire, the defendant

**LEELAND EISENBERG**,

by force, violence and intimidation, did take from the person and presence of another, United States currency belonging to and in the care, custody, control, management and possession of Citizens Bank, 875 Elm Street, Manchester, New Hampshire, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO
[Possession of controlled substances – 21 U.S.C. § 844]

On or about August 2, 2016, in the District of New Hampshire, the defendant,

**LEELAND EISENBERG**,

knowingly and intentionally possessed the controlled substance cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

A TRUE BILL.

/s/ Foreperson
Grand Jury Foreperson

EMILY GRAY RICE
United States Attorney

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney

October 5, 2016