**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
  Daniel J. Lynch, Clerk of Court                          Telephone: 603-225-1423
  Tracy Uhrin, Chief Deputy Clerk                          Web: www.nhd.uscourts.gov

April 7, 2022

Leeland E. Eisenberg 15477-049
FCI Butner #1
P.O. Box 1000
Burner, NC   27509-1000

Re:   USA v Leeland Eisenberg    DNHX116CR000157-LM

Dear Mr. Eisenberg:

     I am responding to your letter dated March 30, 2022. I have checked with the financial office of the U.S. District Court, District of Massachusetts. That office has not received any payments from you since your case was transferred to that district. Since your restitution obligation accrues interest, the District of Massachusetts will be able to provide you with the updated balance due. You can reach the District of Massachusetts Clerk's Office at telephone 617-748-9152, or by mail at U.S. District Court, District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Room 2-241, Boston, MA   02210-3002.

                                             Sincerely,

                                             Daniel J. Lynch
                                             Clerk of Court

                                             *Dale Trombley*
                                   By:
                                             Dale L. Trombley
                                             Financial Administrator